**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
<u>**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**</u> **FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS** JUN 10 2015
_____Civil_____ **DIVISION**

JAMES W. McCORMACK, CLERK
By:_____
**DEP CLERK**

**CASE NO.** _____

Cedric Glaze
vs.
Crittenden County Et. Al    3:15-CV-161-KGB-BD **Jury Trial:** ☑ Yes ☐ No
**(Check One)**

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: ___Cedric Glaze___
     ADC # _____

     Address: ___350 AFCO Road, West Memphis, AR 72301___

     Name of plaintiff: _____
     ADC # _____   This **case assigned to District Judge** __Baker__
                          and to **Magistrate Judge** __Deere__
     Address: _____

     Name of plaintiff: _____
     ADC # _____

     Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: ___Mike Allen / Crittenden County___
     Position: ___Sheriff___   Head of Sheriffs office   publicly elected official Crit. County.
     Place of employment: ___Crittenden County Jail / Sheriffs Office___
     Address: ___350 AFCO Road, West Memphis, AR 72301___
     Name of defendant: ___Jail Administrator (R. Coleman) Ronnie Coleman___
     Position: ___Jail Administrator___

-4-

Name of Defendant   Lt. Beard
Position        Luetenant
Place of Emploument   Crittenden Co. Sheriff's Dept (Detention Center)
Address: 350 AFCO Road, West Memphis, AR 72301

Name:    Sgt Chris Chatters
Position:   Sergent
Place :   Crittenden Co Sheriff's Dept (Detention Center)
Address:  350 AFCO Road, West Memphis AR 72301

Name:  Nurse Mandy (Jane Doe # 1)
Position:  Medical Staff
Place:   Crittenden County Sheriff's Dept
Address:  350 AFCO Road, West Memphis, AR 72301

Name:     Nurse  (Jane Doe # 2)
Position:   Medical Staff
Place:      Crittenden County Jail
Address:    350 AFCO Road, West Memphis, AR 72301

Nnme:    Detective Grooms (Todd Grooms)
Position:   Internal investigator
Place:      Crittenden County Sheriff's Dept.
Address:   350 AFCO Road, West Memphis, AR 72301

Name:    Ofc. Hines   now (Sgt Hines)
Position:  Correctional officer (now Sergent)
Place:     Crittenden County Sheriff's Dept.
Address:  350 AFCO Road, West Memphis, AR 72301

Name:   Ofc. Dexter (John Doe # 3)
Position:   C. O.
Place:    Crittenden County Sheriffs Dept.
Address: 350 AFCO Road, West Memphis, AR 72301

Name:  Ofc. Stone  (John Doe #)
Position:  C. O.
Place of Employment: Crittenden Co. Sheriff's Department
Address:   350 AFCO Road, West Memphis, AR 72301

Name of Defendant: <u>Sgt. Milo</u>
Position: <u>Sergent</u>
Place of Employment: <u>Crittenden Co. Sheriff's Dept.</u>
Address: <u>350 AFCO Road, West Memphis, AR 72301</u>

Name: <u>Lt. Brown</u> (Nemo)
Position: <u>Luetenant</u>
Place: <u>Crittenden County Sheriff Dept</u>
Address: <u>350 AFCO Road, West Memphis, AR 72301</u>

Name: <u>County prosecutor</u> (John Doe #10)
Position: <u>County Prosecutor</u>
Place: <u>Crittenden Co. ~~Sheriff Dept~~ (~~Detention Center~~)</u> Circuit Courthouse
Address: ~~350 AFCO Road. West Memphis AR 72301~~ <u>100 Court St. Marion, AR 72364</u>

Name: <u>Rik Ramsey</u>
Position: <u>Deputy Prosecuting Attorney</u>
Place: <u>Crittenden County</u> ~~Sheriff Dept. Detention Center~~ <u>Circuit Courthouse</u>
Address: ~~350 AFCO Road. West Memphis AR 72301~~ <u>100 Court St. Marion Ark. 72364</u>

Name:
Position:
Place: Crittenden Co. Sheriffs Dept  Detention Center
Address: 350 AFCO Road. West Memphis, AR 72301

Name: Lt. Brown
Position: Luetenant
Place of Employment: Crittenden County (Jail) Sheriffs Dept
Address: 350 AFCO Road West Memphis, AR 72301

Name: Sgt. Hint
Position: Sergent
Place of Employment: Crittenden County (Jail) Sheriffs Dept.
Address: 350 AFCO Road West Memphis AR

Name: Ofc. Stephanie (Jane Doe) #5
Position: Correctional Officer
Place of Employment: Crittenden County (Jail) Sheriffs Dept.
Address: 350 AFCO Road West Memphis, AR 72301

Name: OFC. McConnell (John Doe) #6
Position: Correctional Officer (Booking)
Place: Crittenden County (Jail) Sheriffs Dept.
Address

Name: OFC. Lalo (John Doe) #7
Position: Correctional Ofc. (Booking)
Place: Crittenden County Jail
Address: 350 AFCO Road, West Memphis, AR 72301

Name: Ofc Luke (John Doe) #8
Position: Correctional Ofc.
Place: Crittenden County Jail
Address: 350 AFCO Road West Memphis, AR 72301

Name: Ofc. Littlejohn
Position: Correctional Ofc.
Place of employment: Crittenden County (Jail) Sheriff's Dept
Address: 350 AFCO Road, West Memphis, AR 72301

Name: Ofc. Dulaney (John Doe # 9)
Position: Correctional Ofc.
Place: Crittenden County Jail
Address: 350 AFCO Road, West Memphis, AR 72301

Name: Crittenden County (Joe Rogers) (County Attorney)
Position: County is an incorporated government
Place: State of Arkansas Crittenden Co. ~~Crittenden~~ ~~Marion~~ Eastern portion
Address: ~~300 King Cross Street~~ West Memphis, AR 72301
Broadway St.

Name: Crittenden County Detention Center (Sheriffs Dept.)
Position: Municipality
Place: Crittenden Co. (Jail) Sheriffs Dept.
Address: 350 AFCO Road West Memphis, AR 72301

NAME: Ofc. Wirth
Position: Correctional Officer
Place of Employment: Crittenden County Jail
Address: 350 AFCO Road West Memphis, AR 72301

Name: City of West Memphis
Position: Municipality
Place of Employment: Crittenden Co. (Jail) Detention Center
Address: 350 AFCO Road West Memphis, AR 72301

Place of employment: Crittenden County (Jail) Detention Center

Address: 350 AFCO Road, West Memphis, AR. 72301

Name of defendant: Terresa Bonner

Position: Chief Jailor

Place of employment: Crittenden County Detention Center

Address: 350 AFCO Road, West Memphis, AR

Name of defendant: Lt. Thomas (Jeff Thomas)

Position: Lucetenant

Place of employment: ~~350 AFCO Road, West Memphis, AR~~ Crittenden County (Jail) Detention Center

Address: 350 AFCO Road, West Memphis, AR 72301

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☑   both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Ⓨ̶ⓔ̶ⓢ̶   No ✗   NO

B.   If your answer to A is yes, describe the lawsuit in the space below.  (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: Crittenden County (Jail) Detention Center 350 AFCO Road, West Memphis, AR 72301

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

___/___ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __/__   No ____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ___

If no why?  The staff adopted a policy or custom of not adequately answering grievances to prevent or avoid civil/criminal liability which is a fraudulent grievance procedure.

## VII. Statement of Claim:

### Claim #1

Deliberate Indifference, Cruel & Unusual punishment, improper medical unlawful Detention, Unsanitary living Conditions, Due Process

1. On 3/18/15 I Cedric Glaze wrote a request to see medical and mental health I wasn't feeling well I was having issues with my depression being I had not been taking my medicine

2. On 3/19/15 I was placed on lockdown in DM pod I was told by (Lt. Beard) that I was suicidal. I was placed on suicide watch in a cell by myself inside a pod of over 50 inmates where there was no one or way to monitor or observe my actions.

3. The Plaintiff had no way of seeking help there was no intercom in his cell or in the pod, and no guard in the pod, the inmates in the pod taunted me to kill myself. After I asked them to summon the guard when I made a suicide attempt by cutting my wrist and stabbing my left arm the inmates threatened to assult me if I was let out or if they could get the door open one of the inmates (Parnell Carter) came to my cell and threatened to "knock me out if I flooded my cell because he had to clean it up he said and he knew how I got down from Forest City."

4. (Inmate Carter) was offered to go Free if he, (Preston Cross), and Jeremy Bucannon) killed me by jail administrator Johnny Jones -see- Cedric Glaze v. Bobby Mays et. al.

I felt it was an attempt on my life being he was now in Crittenden County Jail for murder, there were no security checks the guard only came in the barracks a breakfast, lunch and dinner and once or twice inbetween no one checked to see if I harmed myself.

5. On 3/20/15 I was taken to court inside the jail on a T.V. screen. I had given the staff warning that I attempted suicide and showed them my injuries. I was not taken to a hospital nor did I receive treatment for my injuries. I wasn't seen by medical staff either.

6. I asked (Sgt Beard) were was the mental health doctor his reply was "We that have one some on from mid south will come talk to you in 3 days" I asked "Can I atleast see a doctor", he replied " you shouldnt have said that you wanted to kill yourself.

7. Then Ofc. Chatters threatened to mace and tazer me if I didn't remove my clothing. I was stripped completely naked and placed in a small cell used for booking purposes. with no mat, no blanket there was just a concrete seat, and a hole in the ground, that had feces urine and other matter in it The smell was so strong, you had to hold your nose to block the smell, there was dried blood, spit and feces on the walls and seat, some one used the feces to write obsenities on the walls, there was 30 to 40 nats flying in the cell the condition of the cell poor and very unsanitary that even shocked the booking officer she ordered the trustees to clean out the "hole" in the floor.

8. There was no running hot or cold water I asked Ofc. Chatters, "Can you have my cell Cleaned" he replied they cleaned this cell exspecially for you" I replied "how and there is shit in the hole and all over the cell", "Were am I supposed to lay down at. I was left in the cell

9. Then ofc Chatters returned with a pink paper gown and stated he couldnt find a suicide vest. the tempature of the cell was so cold I started to shake in a matter of minutes, I had nothing to cover my feet they were freezing and the bottom of my feet were black from the filth in the cell

10. I observed the nurse's (Jane Doe #2) and (Jane Doe #1 Mandy) passing out meds to other inmates on suicide watch mostly caucasian I advised them that I was in pain from the injuries I sustained from attempting suicide and that I had been stabbed in my back and had sevet back pains and I had syciatric medicine I was taking (Nurse Mandy #1) stated you dont get any meds.

11. I advised both Nurse's (Doe #1 & #2) that I had open wounds and the deplorable state of the cell may cause infection or expose me to hepititis or other things, Nurse (Doe #2) Stated "thats what happens when you try to kill yourself you'll be fine untill mental health comes to see you tuesday" I asked for bandages and aspirin. Nurse (Doe #1) stated we dont give out pain meds order some off commisary

12 I remained in these conditions until 3/24/15 when a lady came to my door and asked several questions with Nurse's (Doe #1 & #2) She was very brief and left when she returned several hours later she stated "your cleared I just have to verify your meds. I asked her "can they place me in these conditions they dont even check on you in here" she (Mental Health) replied "thats not my decision well your out now".

13 I remained in the cell till 8:00 pm and then moved to another cell used for booking aswell the condition of the cell was just as bad it was overcrowded there were inmates sleep on the floor I had to sleep on the floor too.

page # 3

14. I asked for a shower (booking ofc.) and was told I would receive one but never did the following mourning I advised the woman (booking ofc.) that I hadn't showered in 5 days And my skin was itching from the suicide Cell.

15. the mat that I was given smelled like musk, ass, funk, and feet. the blanket was ripped in half and wasn't big enough to cover my body I remained in these conditions untill 3/30/15 After I asked (ofc Stephanie Doe#) for some pain meds tylenol, asprin, Ibpropren, something After 3 attempts she then stated (you know what get your shit packed your going to the back your not going to bug me all night. several minutes later (ofc. Luke Doe # )

16. I was moved back to DM-2/5- pod Again after I advised her that (Parnell Carter) was in that Barracks I wrote a grievance asking was this intentionally done. I received no reply. I started to believe my life, limb and liberty was being comprimised.

17. There is only one pod officer working one or two pods And they only do security checks every 3 to 4 hours which is a clear safty risk for not only me all inmates of this Jail

18. It has become a continuous custom of mistreatment, unlawfull mistreat- ment, unprofessional & unlawful Conduct. And a clear safty risk when they put him in a cell that has no intercom or source of communication. And is a violation of his rights with a wanton disregard to his safty by leaving inmates (Plaintiff) in the pods unattended.

19. They violated his civil rights And other rights when they deliberately denied his request for medical treatment and was imposed intentionally And negligently to inflict undue stress hardship And pain due to outrageous Conduct, Customs, And rules

page # 4

## Claim # 2

(Deadly excessive Force), (retaliation), (Pervasive pattern of illegal & uncon-
stitutional mistreatment by Correctional officer's) (cruel & unusual —
punishment) (unlawfull conditions of confinement, (officer's Failure to —
protect) (illegal Common practice express authorizatoin / encouragement
of mistreatment) (Due Process Substantive / Procedural)

1. On 5/18/2015 I Cedric Glaze was in Em pod when I observed
Cheif (T. Bonner) & (Detective Grooms) when I approached them to
address that my greivance's and any 1983 Complaint Calculation Sheet
and to review the lawbooks that (T. Bonner) and (Jeff Thomas) advised me
I could review (T. Bonner) stated "First of all take that du'rag off your
head in the day room"

2. I Complied when the man in plain clothes (Todd Grooms) stated "give
me the fucking du-rag". I replied "the cheif jailor right here She said take
it off, who are you, whats your job description. are you even a guard". he
stated "I said. I want the god damn du-rag". I replied "like I said the
lady that runs the jail standing right here so that means your word aint
shit" he stated "my word is law." I said "you are not in uniform you haven't
identified yourself as an officer but you are acting in color of law as a guard
I want your god damn name". he then stated "I dont have to answer that" I
replied "your not wearing anything showing your name you are not in uniform yes
you do have to give me your name."

3. (Todd Grooms) then grabbed me by my arm with force and tried to snatch
the du-rag I broke the hold and went to inmate Myron Bass cell to retreive
my property a (law book, pen, and motions) (T. Grooms). then pushed me into
the wall I walked away when grabbed me again another inmate who I let
review my law work called me to his cell to give me my papers when (T. Grooms)
got even more aggressive and tried to shove me to the ground as I went
down to retreive the papers. I got to my feet he yelled give me all of that
shit before I beat your god damn ass. he then pushed me up against the
wall and 10 to 15 ofc's ran in the pod and all tried to restrain me,
when one yelled he's got a pen they slammed me into the cell door and

took my pen, paper, and dog tag and started to take me out the pod when (T. Bonner) yelled "hold on right there". I was stopped in the Sally port when I was slammed into the wall. She again stated "Watch what y'all doing he likes to sue people". (Ofc. Hines) was punching me in my ribs and stomach 3 to 4 times one (Ofc. Female) yelled "she said don't touch him he will file a lawsuit" (Ofc. Hines) replied "Fuck this bitch ass punk, he ain't shit and I don't give a Fuck about a lawsuit sue me then" he punched me again and started to use his elbow trying to break my arm. (T. Bonner) stated "make sure y'all got everything" I had half of the ink pen that broke when he snatched it from me. I stated you don't have to use a closed fist that is assult and excessive force I will press charges you can be arrested and I am going to sue". He stated "I don't give a Fuck about a lawsuit that don't scare me". I stated "Please keep that same attitude when your in U.S. District Court in front of the Judge." you are a tough guy in front of all your girlfriends you are a weak bitch for punching me I have already been detained and its ten of y'all and only one of me faggot" he then ran up on me to assult me again when (Ofc. Ramsey) stated to him "leave that alone". I was taken up the hallway when (Jeff Thomas) stated take Jonny Cochran up to booking when then (T. Bonner) walked up I asked her how can she stand there and allow this man to physically assult me right in front of her she stated I didn't see that but I will look into it and talk to (R.C) when (Jeff Thomas) seen the nurses (Jane Doe # 1 and # 2) when he stated to them "Check him out make sure aint nothing wrong with him." ~~Ofc~~

4. They took me to the nurses station and asked what was wrong with me I stated "I had been assulted" they then took my blood pressure I asked "how can taking my blood pressure treat being punched" (Nurse # 1) stated "who punched you (Jeff) he stated "he say (Hines) did". she replied "Hines I don't believe that" I stated I didn't say nobodies name I don't even know his name so evidently he ~~had~~ assulted me, What if somebody whooped one of you bitches" they stated to each other "Homicidal, Suicidal" you can place him on suicide ~~watch~~ I stated I did not ~~be~~ say I

was going to kill myself (Nurse Doe #1) stated he said it again I replied I
see the plot yall think I dont now you are using retaliation with your Co-
Conspiritor's (Nurse Doe #2) stated what does that even mean I bet you
Cant spell Coconspiritor's you need to go back to school instead of selling
drugs I replied Bitch I'm not in here for selling drugs thats a racist
comment Nurse (Doe #1 Mandy) stated "Inqurious why are you in here"
I replied "because I was assulted by staff" She stated "no why are you in jail"
Nurse (Doe #2) stated for being stupid (Doe #1) stated and ignorant. I stated
"that does that have to do with anything what is your names." they refused
stating "they dont have to give that information that it was against (some kind of
policy) I was unsure of what She said So I asked her to repeat it she replied
maybe (Nurse Doe #1) you should go back to school." I stated "I have a Consti-
utional right to receive proper medical Care under the 14 amendmat Due process
clause by an unbias care giver." I then asked to review the policy that they dont
have to give their names." Nurse (Doe #1) stated "have you lawyer Contact me". I
am my lawyer." She stated "Another one of these civil rights activist theres
nothing wrong with him just stupid is all."

5 Then (Ofc. J. Thomas) stated you won one little funky ass biscuit
and now you think you are untouchable I stated "what does that mean un-
touchable" "How do you know how ▇▇ many lawsuits I won" he stated "that
I know let me show you that you can be touched stand up then. lawsuits
dont scare me"

6. I then stood up (J Thomas) grabbed me by my neck and slammed me
in the Chair and stated "See I told you that you can be touched"
I asked Nurse's (Doe #1 ; #2) did they see and hear what he said"
(Nurse Doe #1) stated I didnt see or hear anything (Doe #2) stated I Just
Seen him grab your shoulder I stated I dont feel safe at this jail I feel
my life, limb and liberty is at risk

page # 7

7. (Ofc. J. Thomas) stated let me go snip snip the video before I get sued they all laughed. I was taken to booking by (Ofc Dexter) when I made it to booking (Ofc. Stone) pushed me as I entered the cell. I stated don't put your hand on me when (Ofc. Dexter) stated "your off the camera now." I asked to speak to (Ronnie Coleman) when he tried to snatch off my clothes I stated it a better way to do that dont you think dont get your job taken away she stated "I put that on my skin aint nothing going to happen to me. I do what ever I want to do. and aint that right brother" he stated to (Ofc. Stone). I stated, to (Sgt Milo) "Can you please get these racist mother fuckers out my cell." when Ofc's Dexter and Stone restrained me (Ofc. Hines) ran into the cell head down a rushed my back into the concrete seat and started to punch me in the face then both officers (Dexter & Stone) started to punch me too. I was struck in the face 30 to 40 times before I was knocked unconscious. I tried to cover my face but the punches kept coming and got harder and harder (Ofc Dexter) started to kick me and knee me in my head chest and rib area. I came back to my senses and was still being beaten (Ofc Stone) choked me while I was losing consious with 2 hands. the beating lasted over 5 minutes. when (Ofc. Ramsey) stated "I got this yall dont got to do all of that" (Ofc. Dexter) was still assulting me kicking and stomping me in my chest & ribs he then put his foot in my neck and then my chest and stood up in my chest while he pulled my pants off (Ofc Ramsey) pushed him back and ~~he said damn man thats aint right yall trying~~ he said damn man thats aint right yall trying to kill the man let me handle this" (Ofc. Hines) pointed a tazer gun at me (Ofc. Ramsey) stated you bet not taze this man I got him." he then helped me to my feet. (Ofc. Dexter and Stone) left the cell.

8. (Ofc Ramsey) stated man he messed you up pretty bad they would' killed you if I didnt step in are you alright." let me go get some one to look at those wounds they cut you up pretty bad. he then ask what did I need for him to do that he witnessed and heard everything I told him

to "document my injury and contact my family if he could"
he said "you know I can't call your people but if they ask me I will tell
them what happened to you" I told him I felt like I was getting dizzy
he said let me get the nurse he came back several minutes late with some
Alcohol and said "this cell is pretty nasty put this on your cuts so
you dont catch an infection the nurse aint gone give you shit and lie
like aint shit happened to you. I replied "I need a doctor" (Ofc Ramsey)
stated "I'll see what I can do" and left the cell. Nurse (Doe # 1 & # 2) came
to the cell with (Ofc Dexter) and bandaged my wounds and stated my injury was minor
I asked (Sgt Milo) to use the phone to call my family she covered the
window after I seen (Ofc Hines)(Jeff Thomas) and Nurse's (Doe # 1 & # 2)
talking. I then yelled for help she brought the restraint chair to my
cell I asked to go to the hospital she stated the nurse is right there I was
having sever headaches

9.  I continued to try to get some attention she ignored my request and told
me to "get in the cell and shut up" and placed back in the booking cell I
observed (Ronnie Coleman) Jail administrator and he came to my cell
and looked at me I asked "how can I be punched kicked and assulted
by your officers and their was a chief Jailor and several other people
there when it happened and no one is even questioned about the incedent"
he replied "they did a good job by the looks of it, and they will recieve a
promotion for it, some one will come talk to you"

10. (Jeff Thomas) asked "what are you going to do" to the Nurse's (Doe # 1 & # 2)
replied we will handle this well keep him in there on suicide till he heals up
some make sure they dont let him call anybody its our word against his
and nobody saw it will say anything Im sure" he replied good cause ya'll got me
a little worried.

I started to yell for help there was no intercom or other means of comm-

Page # 9

-unication I was in pain my neck I couldnt raise my head up my leg was hurting so bad I couldnt walk on it my back was having continuous sharp pain my arms felt like my nerves were pinched I had tingleing feeling in both my fingers and toes. I also had pain in my hip and I had a knot on my side from being kicked.

11. I asked "to go to the hospital" (Sgt. Milo) opened the door and said "get up ass in the chair before you get fucked up. I asked why She said hoy I'm not going to jump on you I'm going to taser your ass and you gone wish you was getting yo ass beat." I complied stating Some one is going to answer to all this cruel and unusual punishment. (Ofc. Stone) (Ofc. Ramsey) And (Milo) Placed me in the chair. I asked (Stone, (Milo) did they thoroughly understand instructions I was place back in the booking cell with the windows covered, unsupervised When I started to state that "I demand that my constitutional rights not be Further violated and whats the procedure when you restrain an inmate, you check their vitals, you dont keep them restrained for more than two hours (Stone) (Sgt Milo) (Ofc. Lowe) and several other female officer's Started to laugh and make jokes stating you know so much about the law, you forgot all that shit when (Hines & Dexter) was beating your ass in there one of the guards asked did they beat his ass then another stated yeah they did and demonstrated how they were punching me to the officers.

12. I stated thats errelavant I still have a right to be treated like a human being not a caged animal I am a Soverign Citizen of America and should be treated as such. (Sgt Milo) then opened the door after I stated" You have me in restraint chair in a cell with the window covered up no camera to record if I was dieing, no serruvellence at all. I love to sue. expecially if your going to give me the money this easy I want all of ya'll jobs so you wont have a chance to treat nobody else like this and get away with it Impressing criminal charges on all of you. no one checed my vitals or anything no one was authorized to place me on suicide watch no one has even read the owners manual on how to properly use this Page 17 of 30

Chair then I was rolled out of the booking cell into a smaller room that was used for visitation purposes there was still no video serveilance. the Nurse (Doe #2) checked my vitals and asked what was wrong with me I told her "my leg, and hip, my neck, and back, and my head had over 10 knots, on the top of my head and to my temple, and fore head had 4 knots, and one deep cut and a knot, and I had a knot in my side, I was having headaches my vision was impaired and I had blood coming from my ear drum's my lip was busted and my eye was busted and bruised I had scars all over my body from head to foot."

13. Nurse (Doe #2) stated I dont see all that much damage just minor scraps and bruising I state I could have a concusion she stated do you even know what a concusion is I stated "I see whats happening your trying to cover up my injury's, I need to see a real doctor your not certified to treat any back, and neck, or head injury's, you can only do what you are doing now taking blood preassure, has about I shed some light on how you write prescription and forge a doctors signature, how you treat the officers with meds brought for to be used on inmates and then tell inmates you dont have or cant afford their meds or the other illegal activities Im sure I can unveil." how the Jail doesn't have Health, Dental or any other benifits for working here so you are in corroboration with the staff to give them medical treatmen

14. The nurse's were bias and coercive in the retaliation with the Jail staff for me filing complaints on medical & and administration, staff ect. I advised Nurse (Doe #2) that I have a constutional right of freedom of speech and assembly and the right to petition for redress of grievance She told the guard (Dexter) she was done with me they closed the door for several hours unsure of time (see booking cameras for approx. time)

15. I was then placed in the booking cell where I remained the conditions were so deplorable I had to sleep on concrete no mat on top of feces

and freezing temptures, my bones were aching from being beaten and the cold made it worst I was denied the use of the restroom I remained in this condition for 6 days I had to walk bare footed in these unsanitary conditions I recieved no medical attention my body started to get weak from lack of proper rest I was in pain I was only suppose to be in the cell for 72 hours the Nurse'Stated but I was detained there for 6 days all the other inmates were let out in 24 and 48 hours the staff acted with clear deliberate indifference in retaliation to prevent my family from being contacted to get the proper help, medical ect.

## Claim #3

(retaliation), (Due Process)(unlawfull restraints/detention)(false Malicous prosecution)(Imprisonment)(cruel & unusual punishment)(express Authorization)ec

1. On 3/24/15 I was released from the so called suicide cell and taken to another cell that was in the same or worst condition that the suicide cell I filed a grievance about the incedent on 5/18/15 to soon be retaliated on for doing so, the grievance procedure is used to misled inmates and discourage them from proper litigation.

2. On 5/27/15 I recieved a visit from Tashlia Cochran who I relayed the facts of the events that occured and showed her my injuries from being Malicously and sadisticly beaten by (CCDC) Staff (Crittenden. County. Detention. Center) I advised her I was denied medical treatment and left in a cell for 6 days to heal my injury's in an attempt to cover up the incedent I told her to bring a camera to take pictures of my injuries she was denied by visitation personnel to prevent documentation of my injury's I told her to tell the staff to take pictures of all of my injury's and give them to her or use her phone they seized her phone before she made it in the visitation booth.

page # 12

3. On 5/28/15 after my family friend ect. got news of the assolt they all called the jail—Mother (Shenta G.) (Shavonne G.) (Shenedra G.) and Girl friend (Tashlia C.) ect.— to get me medical attention and document my injurys (will submit witness statements pretrial) I called them over the inmate telephone the staff came in my cell while I was on recreation pod and searched my pod without me being present and destroyed my mail, pictures and poured soap all over my papers I was writing. the soap I brought off commissary and ink pens I had to get from the staff to write with they took my 1983 lawsuit Complaint form statement of claim I was forced to write it all over again over 10 pages of claims this was clearly an act of retaliation on the plaintiff for addressing the courts and a form of punishment for doing so.

4. I was then told to pack my things by (Ofc. Wirth) I asked "Why do I have to move" he replied "Just get your stuff and come on". I was moved to a booking cell used to temperarly hold inmates while being booked in jail not designed for long term stay I was told by (staff in other City Jails that over 8 hours in these conditions are a constitutional violation of cruel and unusual punishment.) there was no bedding, telephone running hot & cold water no intercom ect.

5. I asked (Ofc. Wirth) "Why was my rack searched and my legal papers destroyed and seized" he replied "Ask (Sgt Milo) she's the one who had it done not me". I asked (Sgt Milo) "Was this out of retaliation for me contacting my family is this to prevent me from useing the phone" she didn't reply. I then asked was this for me filing a grievance?.

6. (Jeff Thomas) stated you only have to be there till 8:00 am in the mourning I asked the time he said 4:30 pm I asked for the phone to call my family he stated "Okay Mr. Glaze I will make sure you use the phone today." I observed my mail I asked for my mail he stated this is not your mail mr. Glaze." I stated I know I have mail I have

Page #13

the tracking number from usps." he took the mail to (Randis Dennies) office and stated let me pass out the mail and I will see if you have a letter And he went the other way from the way they normally go to pass the mail he had it on a cart. and went through central control. and never returned after not getting my mail or phone call shift started to change and I asked the staff why am I being punished and not given my mail and phone call I was placed in a restraint chair by officer's (Lt Brown) (Ofc Wirth) (Ofc. Stone) (Officer McConnell John Doe # ) (Ofc Ralow John Doe # ) I asked them "why does it take so many officer's to place me in the chair, do yall know what yall are doing" " I'm sure now that yall dont none of you are properly trained or thoroughly understand the instruction nor have you probably even read them."
~~separates them~~

7. My vitals had not been taken my health and safty was at risk there was no video observation to document in the event of injury or death

8. I stated they are violating my constitutional rights of the 8th 1st and 14th amendment as I started to advise them of the amendments (Ofc. Brown) stated since you know so much about the law Mr Jonny Cochran why are you still in here with us this is my world your in and as you can see I run the show here" Sue all you want it makes me no difference I could care less You want get nothing from me Im broke" I replied "I see you dont care thats evident but wat till you in front of the United States District Judge you will have all the care in the world" he replied there is a such thing called Frivilous Im sure you heard that before" I stated "you wont repeat none of that in court on record it will be I have no knowledge of the incedent like they all say watch."

9. One of the Ofc. Stated "didnt the F.B.I come see you" I stated "no why you asking me that?" then they all laughed in unison one ofc. Stated welcome to your castle its a game of thrones." they placed me in booking cell 110 And (Lt Brown) Stated Stay out of jail you dont like to get punished for your actions Stay out of jail.

10. I was placed in the cell and remained restrained for ~~uneeeee~~ hours 1½ <sup>one and a half</sup> before (Ofc McConnell Doe # ) place another inmate in the cell with me while I was in the restraint Chair. A clear violation and put my life in danger the inmate enter the cell and turned to the guard and said "you got to be fucking kidding me no way" they closed the door he said there is a Camera in here right Cause I dont want them to say I assulted you he then ask what was I in the Chair for I told him for nothing really asking for my mail & to use the phone" I told him there was no Camera he stated "There not even coming in to Check on you thats unconstitutional my name is (Carl Clayton Roettgen) I will be a witness to this thats not right the stopped me in the wrong County if they are doing inmate's like that I'm only here for one night on extradition to Saline County, Mo.) and they got me scared to ask for a mat" he asked them for a mat and blanket through the door

11. I asked ofc (McConnell John Doe # ) "how are they going to place another inmate in the cell with me while I am in restraints unable to protect myself." he stated "nothings going to happen to you." I replied "but it is a big possibility" he said & I'm just following orders from my sergent I ask "who" he stated (Sgt Hunt) and (Stephanie Jane Doe # ) I stated this is unlawfull detention, failure to protect and unlawfull restraints, I was left in this state for over 2 hours

12. When (Lt Brown) Came back to booking he got angry when he saw me in the Cell with another inmate he began to curse (Sgt. Hunt)

page # 15

And (Jane Doe # Stephanie) telling them "they couldnt do that and that yall trying to get us all sued" (Sgt Hunt) stated Fuck this job they aint paying enough for this Shit ~~everyday~~ I have to do anyway." (Ofc Stephanie) stated "I been ready to leave this job anyway thats part of being in jail getting punished for what you do"

13. (Lt. Brown) came to the cell to let me out the chair and asked are you ready to get out. I state out of jail yes out of the chair No you allready violated clearly established rights you may as well continue to do so cause soon as I get a pen and paper and a call on the phone I want all of yall jobs" he stated "Well stand in line with the rest trying to get free money" and placed me in the small visitation cell ~~too~~ And said maybe by the time you get out you will change your mind and close the door.

14. I remaned restrained for several more hours my circulation in my Arms was poor I couldnt ~~fee~~ feel my finger tips they were numb When officers (Luke John Doe # ) McConnell John Doe # ) And a new officer (Little john) rolled the Chair out the room After I advised (Stephanie Doe #) that I needed to stretch, my hands were numb I asked to use the restroom aswell she told them just to remove my hands one by one and place me back in the room they only let me take my hands out for less than 15 seconds I Asked what time it was and was told 9:30 pm I stated I been in this Chair since shift changed at 5:45 pm the warning sticker on the chair states do not leave detainee in chair over 2 hours

15. I remaned restrained for Another hour or two before I was taken out and placed back in cell 110 booking holding cell. I never used the phone or recieved my mail

16. On 5/31/15 when (Sgt. Chatters) let several inmates use the phone I asked to make a call and was denied. I stated thats deliberately being done to retaliate on me and prevent my family from being notified of the conditions & treatment. I was told by (Jeff Thomas) that I could call over "4 days" ago. I still havent got mail.

17. (Sgt. Chatters) came to the cell and let another inmate use the phone (Steven Gardner) for the second time he came back and told me ~~[crossed out]~~ "he aint gone let me use the phone fuck you and he dont give a damn about what (Lt Thomas) said he running the shit today and if you want to use the phone it wont be the phone you want to use it will be the pay phone I told Ofc (Chatters) those were orders from (Lt Thomas) to let me use the phone why are you not letting me use the phone to contact my family is it because the Federal Bearau of Investigation came to see me friday 5/29/15 since Ive been here no one has had to use that phone do I have to replay the video of the last 3 months Ive been here to prove my point.

18. he let me use the phone I over heard him telling staff and inmates I sued St. Francis County Jail and that he reviewed the dash cam from the high speed chase that resulted in my incar-ceration he then stated guess who asked about you I asked who he said your boy (June Ivey Jr) a defendant in a previous lawsuit I asked him how did he review the cam he wouldnt say he just said you know June Ivey is a West Memphis police now he told the booking officers (Brown-Davis and Patterson and White) make sure he only get two minutes on that phone and he only call one number.

19. I was moved to a pod were the inmates stole my socks,

page # 17

boxers toothpaste commisary food calling card and passed my telephone # around, and made calls to my girlfriend. I think this was intentional I asked to press charge after inmate (Roger Conley) wrote to my Girl Friend asking to use my address to parole to and he is a rapist. nothing was done because (detective Grooms) is the investigator the man sent my picture out the news paper to my Fiance and called her and told her he did

20. On 5/20/15 I was taken to court after (detective Grooms) (ofc. Hines) and the Prosecuting Attorney corroborated and filed False charges against the plaintiff they coerced statements with other staff and gave false statement to the (F.B.I. investigator) [unknown] they charged me with second degree battery, and Terroristic threatening 1st degree. I made no threats and assulted no one I was assulted the prosecutor assisted and allowed charges to be brought upon the plaintiff ~~of~~ on false ~~grounds~~ grounds with out a proper investigation

(Double Jeopardy) —     Claim #4    Same grounds in Claim 1, 2, and 3

1. being if no risk of death or protracted disfigurement or impairment of health or the function of any bodily member will support a charge of second degree battery in the state of Arkansas

2. There had been previous problems between the Defendants (Grooms) and he shouldnt have been able to investigate an incident that he himself was part of, which are the element of Conflict of intrest he ignitiated the assult on the Plaintiff by grabbing twisting and pushing Sec (barracks camera) And then coerced charges against the Plaintiff with other defendants (Hines) (Coleman) (Bonner) (Thomas) Nurses (Doe #1 and #2) and County Prosecutor's (Doe #10)

Page #18

3. An Officer Can not Justify assult on a prisoner (Detainee) on grounds it was Commited to supress a form of disorderly Conduct

4. There had been previous problems between the Plaintiff and Officers (Grooms) and (Hines) both used official documents to retaliate on the Plaintiff

5. The Officers used abusive language, And had provoked the alter-cation in doing so and made several threats to harm the Plaintiff that resulted in the Plaintiff getting Struck, kicked, slammed and pushed there was no real justification in doing so

6. The (County of Crittenden) violates Plaintiff's Due Process and the double Jeopardy Clause under the U.S. Constitution and Arkansas Constitution article 2, by charging the defendant (Plaintiff) with several counts for the same offence in an continuous Crime that started in (St Francis County) (Forrest City, AR) and ended in (Crittenden County) Crittenden County was Called in to the chase as "assisting officers" for (St. Francis) Coconspirator's and corroborated several Charges in (both Counties) with out proper Jurisdiction

7. The State of Arkansas is one Sovereign in a whole not individual Sovereingnty's County to County I was only accused of Committing one law against the State of Arkansas it is Called territorial Jurisdiction then Arkansas is concidered as one sovereignty.

8. The Prosecutor of Crittenden County a Coconspirator with St. Francis County Prosecutor's have agree to hold me in Jail and delay in filing Charge's or initiating prosecution to cause Conse-quent prejudice to the defense.

9. The Deputy Prosecuting Attorney (Rik Ramsey) deliberately violated the Plaintiff in waiving his right to be present at Formal arraignment Conducted April 24, 2015 with out Consent of the Plaintiff which represents himself Pro-Se, or his his presents the document was not signed by the Plaintiff (a Pro-Se Attorney) the Circuit Court Judge did not sign either the only person who signed to continue my case to 7/30/15 from 4/24/15 was Prosecuting Attorney (Rik Ramsey) a Clear violation of the Plaintiff's right to have an attorney at all proceedings and also violating his Constitutional right to represent his self.

## Claim #5.    (equal Protection)

(Unsanitary living Conditions)(Cruel and Unusual Punishment) Same as Claims # 1, 2, 3, and 4. (Price gouging)(Tax evasion)

1. The Plaintiff arrived in Crittenden County Jail on 3/17/15 and recieve "one" uniform (Shirt and pants) and (no Socks, underwear, or t-Shirts) to change into after he Showers they punish the Plaintiff by not providing him with a change of uniform for months and continuing

2. The (Crittenden County Jail)(Sheriffs Office)(Detention Center) what ever its proper name violated the Plaintiff's rights by not doing proper security Checks to monitor inmate activities, no intercom or source of Communicating with the guard who disregard to his safety by leaving the barracks unattended

3. The Defendants also Commit Mail Fraud by not allowing mail to be recieved or sent out on Saturday's

4. Also by Keeping inmates locked down for 24 hour periods Claiming a shortage of Staff the Plaintiff is not allowed out his Cell to

page # 20

1    stretch, shower, or call family that gets off of work after 3:00 pm.

4.    The Defendants engages in racketeering to commit fraud and gain undue wealth, due to illegal price gouging by raising their price for commissary to commit fraud against the Plaintiff and illegally tax him and his family who send him money to pay for these over priced items. A 50 cent bag of chips is 1.32 plus tax outrageously high

5.    The Defendants do not remove the mold black mold out of the showers forcing him to shower in these hazardous conditions for month and continuing

6.    The ceiling of the barracks is falling in exposing the Plaintiff to asbesto, ect

7.    The vents in the cell are clogged with dust and debries

8.    The Guards allow inmates to pass out food trays unattended with total disregard to the Plaintiff Safty, or Health

9.    The Defendants violate the Plaintiffs right by not ~~addressing~~ properly addressing grievances they have a fraudulant grievance procedure.

## Jurisdiction

Jurisdiction is pursuant to 42. U.S.C § 1981, 1982 and 1983, the (Raketeering, Influenced, Corrupt Orginization) R.I.C.O act
also pursuant to 18 U.S.C Section 242 used to hold Police and government actors liable ~~for~~ criminally for

page # 21

actions that Cause violations of peoples Constitutional
or federally protected rights
Violation of the Arkansas and U.S. Constitution
and Any and all pertinent pendent Claims:

<u>Venue</u>

Venue is pursuant to the general venue State

Respectfully Submitted

Cedric A. Illorge
Pro-Se litigant
Crittenden County Jail
350 ~~AFCO~~ AFCO Road
West Memphis, AR. 72301

P.S I Ask Court Clerk for A 18 U.S.C section
242 Form and was forwarded A 42 U.S.C § 1983
Civil law suit for see Attatched letter to
U.S. District Court Clerk

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(Compensatory damages) in the deterrent amount of $750,000∞ (punitive damages) in the amount of $50,000∞ per each defendant found liable for violation of my Constitutional rights (Actual damages) in an amount deemed just and proper $500,000.00 (Injunctive relief) to bring injurious and offensive action to a halt, and any other relief deemed just and proper concerning individual, Supervisory, County/municipal liability and criminal charges be brought against the defendant under 18.U.S.C section 242 all fees and court cost paid for by the defendants and legal fees $20,000∞ undue hardship of litigation

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _5_ day of __June__, 20_15_.

_Cedric Blay_

_____

Signature(s) of plaintiff(s)