**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CEDRIC GLAZE,**                                                                                              **PLAINTIFF**

**V.**                              **CASE NO. 3:15-CV-00161 KGB/BD**

**MIKE ALLEN, et al.**                                                                                      **DEFENDANTS**

## ORDER

Plaintiff Cedric Glaze, a pre-trial detainee housed at the Crittenden County Detention Facility, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #1) For screening purposes, Mr. Glaze has stated claims of excessive force; deliberate indifference; failure to protect; due process violations; retaliation; and unconstitutional conditions of confinement, all arising out of May 18, 2015 incidents. (#2, #8) Accordingly, service is proper.

The Clerk of Court is directed to prepare summonses for Ronnie Coleman, Christy Childers, Todd Grooms, Hines, Dexter, Stone, Bridget Milo, Terresa Bonner, Jeff Thomas, Mandy Childers, the City of West Memphis, and Crittenden County. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#2, #8), and a summons for these Defendants without requiring prepayment of fees and costs or security. Service for Defendants Ronnie Coleman, Christy Childers, Todd Grooms, Hines, Dexter, Stone, Bridget Milo, Terresa Bonner, Jeff Thomas, and Mandy Childers should be through the Crittenden County Detention Facility, 350 Afco Road, West Memphis, Arkansas 72301. Service for Defendants the City of West Memphis and

Crittenden County should be through the Crittenden County Sheriff's Office, 350 Afco Road, West Memphis, Arkansas 72301.

IT IS SO ORDERED, this 16th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE