# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CEDRIC GLAZE**                                                                                           **PLAINTIFF**

**V.**                          **CASE NO. 3:15-CV-00161 KGB/BD**

**MIKE ALLEN, et al.**                                                                              **DEFENDANTS**

## ORDER

Plaintiff Cedric Glaze, a pre-trial detainee housed at the Crittenden County Detention Facility, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #2) Summonses were returned unexecuted as to Defendants Stone, Christy Childers, and the City of West Memphis. (#25, #26, #27)

It is Mr. Glaze's responsibility to provide the Court and the U.S. Marshal Service with proper service addresses for Defendants Stone and Childers. *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993). Thus, the Court will give Mr. Glaze one hundred and twenty days to use the discovery process set forth in Federal Rule of Civil Procedure 33 (by serving Interrogatories on the Defendants or otherwise) to find valid addresses for these two Defendants and to file a "Motion for Service," requesting that service be again attempted upon them. Mr. Glaze is warned that the failure to timely comply with this Order will result in the dismissal of claims against Defendants Stone and Childers, without prejudice. See Fed. R. Civ. P. 4(m).

Mr. Glaze is instructed not to file discovery requests or discovery responses with the Court unless they are necessary to support a motion or response to a motion, or to comply with a court order.  See Fed. R. Civ. P. 5(d).

The Clerk of Court is directed to prepare a summons for the City of West Memphis.  The United States Marshal is directed to serve copies of the Complaint, with any attachments (#2, #8), and a summons for this Defendant without requiring prepayment of fees and costs or security.  Service for the City of West Memphis should be through 205 South Redding Street, West Memphis, Arkansas 72301.

IT IS SO ORDERED, this 14th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE