**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CEDRIC GLAZE**                                                                              **PLAINTIFF**

**V.**                          **CASE NO. 3:15-CV-00161 KGB/BD**

**MIKE ALLEN, et al.**                                                 **DEFENDANTS**

## ORDER

Plaintiff Cedric Glaze filed this case *pro se* under 42 U.S.C. § 1983.  (Docket entry #1)  Mr. Glaze has moved to amend his complaint to correct the name of a Defendant.  He also asks for a copy of the Federal Rules of Civil Procedure or, in the alternative, to order the Crittenden County Detention Center ("Detention Center") to provide a copy of the rules to him.  (#31)  Mr. Glaze's motion (#31) is GRANTED, in part, and DENIED, in part.

Mr. Glaze apparently wishes to sue Marni Dickerson and not Christy Childers.  The Clerk is directed to terminate Christy Childers as a defendant, therefore, and to prepare a summons for Defendant Marni Dickerson.  The United States Marshal is directed to serve the summons, the complaint (#2), the amended complaint (#8), and this Order on Defendant Dickerson without prepayment of fees and costs or security.  Service for this Defendant should be through the Crittenden County Detention Center, 350 Afco Road, West Memphis, Arkansas 72301.

Mr. Glaze's request for a copy of the rules is denied.  The Court cannot provide a copy of the Federal Rules, but the Detention Center should have a copy of the Rules that

Mr. Glaze can access.  The Clerk is directed to send a copy of this Order to the Detention Center, 350 AFCO Road, West Memphis, AR 72301.  If Mr. Glaze continues to have problems accessing the Federal Rules, he may file another motion.

IT IS SO ORDERED this 10th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE