IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CEDRIC GLAZE**                                                                                                          **PLAINTIFF**

v.                                    Case No. 3:15-cv-00161 KGB/BD

**MIKE ALLEN,** *et al*                                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere and the objections filed by plaintiff Cedric Glaze (Dkt. Nos. 10, 13). After carefully considering the Partial Recommended Disposition and objections, and after making a *de novo* review of the record in this case, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted.

It is therefore ordered that:

1. Mr. Glaze may proceed on his claims of excessive force, deliberate indifference, failure to protect, due process violations, retaliation, and unconstitutional conditions of confinement allegedly arising out of the May 18, 2015, incidents.

2. All other claims included in his Amended Complaint are dismissed without prejudice (Dkt. No. 8).

3. Accordingly, separate defendants Mike Allen, Beard, Chris Chatters, Doe County Prosecutor, Brown, Rik Ramsey, Hunt, McConnell, Ralo, Luke, Littlejohn, Dulaney, Joe Rogers, Crittenden County Sheriff Department, Wirth, and Lucas are dismissed without prejudice as defendants from this lawsuit.

Dated this 5th day of January, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge