IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CEDRIC GLAZE**                                                                                   **PLAINTIFF**

V.                      **CASE NO. 3:15-CV-00161 KGB/BD**

**MIKE ALLEN, et al.**                                                **DEFENDANTS**

## ORDER

Plaintiff Cedric Glaze has again requested additional time to file a response to Defendants' motion for summary judgment. (Docket entry #79) Mr. Glaze requested an additional 21 days. The motion (#79) is GRANTED. Mr. Glaze has up to and including December 14, 2016, to file a response.

IT IS SO ORDERED this 23rd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE