IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CEDRIC GLAZE**                                                                                      **PLAINTIFF**

v.                              Case No. 3:15-cv-00161 KGB/BD

**MIKE ALLEN,** *et al*                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 71). Defendants have not objected to the Partial Recommended Disposition, and the time to do so has passed. After careful review, the Court approves and adopts in its entirety the Partial Recommended Disposition as this Court's findings in all respects (Dkt. No. 71). Accordingly, defendants' motion for summary judgment is denied (Dkt. No. 65).

So ordered this 1st day of December, 2016.

_____
Kristine G. Baker
United States District Judge