# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CEDRIC GLAZE**                                                                                          **PLAINTIFF**

**v.**                          Case No. 3:15-cv-00161 KGB/BD

**MIKE ALLEN,** *et al.*                                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 84). Plaintiff Cedric Glaze filed objections to the Recommended Disposition (Dkt. No. 88). Mr. Glaze's objections were not timely filed.[1] However, the Court has considered his objections and has reviewed *de novo* the record. After careful consideration, this Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 84). In reaching this conclusion, the Court reviewed *de novo* the record, including but not limited to the video evidence of the underlying incident in this action (Dkt. Nos. 74-3). The Court also notes that, while Mr. Glaze claims that he "never admitted that he hit anyone[,]" Mr. Glaze admitted under oath in his deposition in this action that he plead guilty to second degree battery on Officer Bryan Hines based on the underlying incident in this action (Dkt. No. 74-13, at 61-64).

---

[1] Mr. Glaze moved for an extension of time to file his objections (Dkt. No. 85). The Court granted Mr. Glaze's motion and extended the deadline for Mr. Glaze to file his objections to April 7, 2017 (Dkt. No. 86). Mr. Glaze filed his objections on April 13, 2017 (Dkt. No. 88).

The Court grants defendants' motion for summary judgment (Dkt. No. 72). This action is dismissed with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 27th day of June, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge