# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CEDRIC GLAZE**                                                                          **PLAINTIFF**

**v.**                                **Case No. 3:15-cv-00161 KGB/BD**

**MIKE ALLEN,** *et al*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, plaintiff Cedric Glaze's claims against separate defendants Marni Dickerson, Ronnie Coleman, Todd Grooms, Sergeant Hines, John Dexter, Ryan Stone, Bridget Milow, Theresa Bonner, Jeff Thomas, Mandy Childress, and Crittenden County, Arkansas, are dismissed with prejudice. By prior Orders, this Court dismissed without prejudice claims against Doe defendants and separate defendants Mike Allen, Beard, Chris Chatters, Doe County Prosecutor, Brown, Rik Ramsey, Hunt, McConnell, Ralo, Luke, Littlejohn, Dulaney, Joe Rogers, Crittenden County Sheriff Department, Wirth, Lucas and the City of West Memphis (Dkt. Nos. 47, 62). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 27th day of June, 2017.

                                                           Kristine G. Baker
                                                           United States District Judge